# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:22-cv-00258-RJC

| | |
|---|---|
| MARIA NORMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Defendant's Consent Motion for Remand (Doc. No. 12). The Defendant seeks a judgment reversing its decision and remanding this case for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Plaintiff's counsel has consented to the Defendant's Motion for Remand.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Remand (Doc. No. 12) is **GRANTED** and the Commissioner's decision is **REVERSED** with a **REMAND** of this case to the Commissioner for further proceedings.

**IT IS FUTHER ORDERED** that the Plaintiff's Motion (Doc. No. 8) is **DENIED as moot**.

The Clerk is directed to close this case.

Signed: August 2, 2023

Robert J. Conrad, Jr.
United States District Judge